IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT SHEEHAN,

       Petitioner,

v.

JULIE L. JONES, Secretary, Florida
Department of Corrections,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3615

Opinion filed April 9, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Robert Sheehan, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and David W. Grimes, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

       DENIED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.